FILED:  March 31, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1317
(1:23-cv-01606-LMB-LRV)

_____

ZHEJIANG HAILIANG CO. LTD.

　　　　　Plaintiff - Appellant

v.

KME GERMANY GMBH

　　　　　Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:23-cv-01606-LMB-LRV |
| Date notice of appeal filed in originating court: | 03/26/2025 |
| Appellant | Zhejiang Hailiang Co. Ltd. |
| Appellate Case Number | 25-1317 |
| Case Manager | Paige L. Ballard 804-916-2702 |